An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL L. SOLOMON; CHRISTINE M. GHILARDI-SOLOMON; AND NANCY R. GHILARDI,
Appellants,
vs.
US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE LXS 2006-2N,
Respondent.

No. 63042

**FILED**

JAN 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The parties' stipulation to dismiss this appeal is approved. Accordingly, we hereby dismiss this appeal, with the parties to bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Kathleen E. Delaney, District Judge
James S. Kent
Wright, Finlay & Zak, LLP/Las Vegas
Brooks Hubley LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-01234